# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER JOSEPH LADUE, <br><br> Defendant. | Case No. CR-13-18-GF-BMM <br><br><br> **ORDER** |

Defendant Christopher Joseph Ladue, having filed an Unopposed Motion to Dismiss Petition and Vacate Hearing;

IT IS HEREBY ORDERED that the Supervised Release Violation Petition (Docket 67) in this matter is hereby DISMISSED; IT IS FURTHER HEREBY ORDERED that the Revocation Hearing currently scheduled for Thursday, December 14, 2017, at 11:00 a.m. is VACATED.

DATED this 12th day of December, 2017.

Brian Morris
United States District Court Judge

1