# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER JOSEPH LADUE, <br><br> Defendant. | CR-13-18-GF-BMM-JTJ <br><br> **ORDER** |

United States Magistrate Judge John Johnston conducted a revocation hearing in this matter on July 17, 2019. (Doc. 79.) The United States alleged that Christopher Joseph Ladue violated his conditions of supervised release by consuming alcohol on four separate occasions. (Doc. 77 at 2-3.)

Judge Johnston entered Findings and Recommendations in this matter on July 17, 2019. (Doc. 83.) Neither party objected to Judge Johnston's Findings and Recommendations. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

The admitted violations prove serious and warrant revocation of Ladue's supervised release. Judge Johnston has recommended that the Court revoke Ladue's supervised release and commit Ladue to the custody of the Bureau of Prisons for a term of 6 months, with 42 months of supervised release to follow. (Doc. 83 at 4.)

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Ladue's violation of his conditions represents a serious breach of the Court's trust. A sentence of 6 months custody, followed by 42 months of supervised release represents a sufficient, but not greater than necessary sentence.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 83) are ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Ladue be sentenced to 6 months custody with 42 months of supervised release to follow.

DATED this 18th day of July, 2019.

_____
Brian Morris
United States District Court Judge